In re the Matter of: STATE of Missouri, DEPARTMENT OF SOCIAL SERVICES, Family Support Division, Respondent,

v.

Michael SHIPLEY, Appellant.

WD77455

Missouri Court of Appeals, Western District.

March 3, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2015

Michael Shipley, Blue Springs, MO, pro se.

Jo–Ellen Horn, Kansas City, MO, Counsel for Respondent.

Jennifer Addadi, Kansas City, MO, Co–Counsel for Respondent.

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Mr. Michael Shipley appeals the circuit court's judgment confirming the registration of a foreign support order from the State of Kansas.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).